**STATE of Minnesota, Respondent,**

v.

**Nicholas Edward LALA, Appellant.**

**No. C9-83-545.**

Supreme Court of Minnesota.

July 13, 1984.

C. Paul Jones, Public Defender, Ann Remington, Asst. Public Defender, Minneapolis, for appellant.

Hubert H. Humphrey, III, Atty. Gen., Norman B. Coleman, Jr., Joel A. Watne, Asst. Attys. Gen., St. Paul, Carl Newquist, Fridley City Atty., Fridley, for respondent.

SIMONETT, Justice.

Defendant was found guilty in district court of violating Minn.Stat. § 169.121, subd. 3 (1982), which converts a misdemeanor DWI offense into a gross misdemeanor DWI offense when the current violation was within 5 years of a "prior conviction" under section 169.121. The "prior conviction" on which the prosecutor relied was a prior juvenile adjudication as a major traffic offender on the basis of a violation of section 169.121. In *State v. Leonard*, 336 N.W.2d 271, 272 (Minn.1983), we held "that a prior juvenile adjudication as a 'major traffic offender' on the basis of a violation of section 169.121 does not constitute a prior 'conviction' within the meaning of section 169.121, subd. 3." Based on our decision in *Leonard*, we reduce defendant's conviction from a gross misdemeanor to a misdemeanor and remand for sentencing, which was stayed pending this appeal.

Affirmed as modified; remanded for sentencing.